UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD JOHNSTON,<br><br>Plaintiff<br><br>v.<br><br>ROBERT HARTMAN, et al.,<br><br>Defendants | Case No. 3:23-cv-00408-MMD-CLB<br><br>ORDER |

    On August 21, 2023, the Court issued a screening order and granted Plaintiff until April 24, 2024, to file a second amended complaint or the case would proceed on other claims. (ECF No. 7 at 8-9). On April 29, 2024, Plaintiff submitted a motion for an extension of time to file a second amended complaint until May 25, 2024. (ECF No. 8).

    The Court grants the motion for an extension of time. Plaintiff will file the second amended complaint on or before Tuesday, May 28, 2024. If Plaintiff chooses not to file a second amended complaint, this case will proceed immediately and only on the Fourteenth Amendment due process claim and the First Amendment mail claim against Defendants Simas and Hartman. (ECF No. 7 at 8-9).

    For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 8) is granted. Plaintiff shall file his second amended complaint **on or before May 28, 2024**.

    It is further ordered that, if Plaintiff fails to timely file his second amended complaint, this action will proceed immediately and only on the Fourteenth Amendment due process claim and the First Amendment mail claim against Defendants Simas and Hartman.

DATED THIS 1st day of May 2024.

_____
UNITED STATES MAGISTRATE JUDGE