UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD JOHNSTON,<br><br>                              Plaintiff,<br>v.<br>ROBERT HARTMAN, *et al.*,<br><br>                             Defendants. | Case No. 3:23-cv-00408-MMD-CLB<br><br>ORDER |

        Plaintiff Richard Johnston, an inmate at Northern Nevada Correctional Center, brings this civil rights action against Defendants Kayla Dorame, Robert Hartman, Martha Simas, Sandra Walker, April Regan, Kathy Swain, Nethanjah Breitenbach, and Harold Wickman ("Defendants"). Before the Court is United States Magistrate Judge Carla Baldwin's Report and Recommendation (ECF No. 56 ("R&R")), recommending that the Court deny Johnston's motion of supplementation (ECF No. 49) and motion to extend time (ECF No. 55) as moot and recommending that Defendant Dorame be dismissed from this action. Plaintiff had until August 25, 2025 to file an objection. To date, no objection has been filed. For this reason, and as explained below, the Court adopts the R&R in full.

        Because there was no objection, the Court need not conduct de novo review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). As to Johnston's motion to extend time, Johnston filed two motions to extend time. (ECF Nos. 52, 55.) The Court granted the motion to extend that Johnston filed on August 1, 2025. (ECF No. 54.) Because the remaining motion to extend is thus duplicative, Judge Baldwin recommended denying it as moot. (ECF No. 56 at 1.) As to Johnston's motion of supplementation, on June 25, 2025, a notice of suggestion of death was filed as to

1  Defendant Dorame. (ECF No. 45.) Johnston then filed the motion of supplementation 2 seeking to substitute various Defendants for Dorame. Defendants opposed the motion, 3 arguing it should be denied (ECF No. 51) and Johnston replied, asking the Court to 4 dismiss Defendant Dorame from this action (ECF No. 53). In light of the above, and that 5 Federal Rule of Civil Procedure 25(d) provides for automatic substitution of a party upon 6 death of a public officer, Judge Baldwin recommended dismissing Johnston's motion for 7 supplementation as moot. (ECF No. 56 at 2.) The Court is satisfied that Judge Baldwin 8 did not clearly err.

9  It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 56) is accepted and adopted in full.

11  It is further ordered that Johnston's motion to extend time (ECF No. 55) is denied as moot.

13  It is further ordered that Johnston's motion of supplementation (ECF No. 49) is denied as moot.

15  It is further ordered that Defendant Dorame is dismissed from this action.

16  DATED THIS 18th Day of September 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE