UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICHARD JOHNSTON,

Plaintiff,

v.

ROBERT HARTMAN, *et al.*,

Defendants.

Case No. 3:23-CV-00408-MMD-CLB

**ORDER DENYING PLAINTIFF'S MOTION TO CONSOLIDATE CASES**

[ECF No. 73]

Currently pending before the Court is Plaintiff Richard Johnston's ("Johnston") motion to consolidate discovery in the instant case with another case he filed, 3:23-CV-00521-MMD-CLB. (ECF No. 73.) Johnston states both cases "share common questions of law or fact" and should be managed together to promote judicial efficiency. (*Id.*) The Court has reviewed the screening orders in both cases and disagrees. In the instant case Johnston asserts claims related to allegedly being denied counsel, denied access to the courts, and being prevented from mailing his medical records. (ECF No. 17 at 3-8.) In his other case, however, Johnston asserts claims related to delay in medical treatment and being denied access to his medical records. (ECF No. 22 at 3-8 in 3:23-CV-00521-MMD-CLB.) Thus, Johnston's two cases involve different legal and factual issues and there is not a basis to consolidate the two cases. Accordingly, his motion to consolidate discovery, (ECF No. 73), is **DENIED**.

**IT IS SO ORDERED**.

**DATED**: August 10, 2026.

UNITED STATES MAGISTRATE JUDGE