**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

RICHARD JOHNSTON,

Plaintiff,

v.

ROBERT HARMAN, *et al.*,

Defendants.

Case No. 3:23-CV-00408-MMD-CLB

**ORDER TO SUBSTITUTE**

[ECF No. 78]

Defendants Marth Simas, Nethanjah Breitenbach, Robert Hartman, Sandra Walker, April Adams Regan, Kathy Swain and Harold Wickham entered a suggestion of death on the record as to Plaintiff Richard Johnston. (ECF No. 78). Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). Therefore, if a motion for substitution by Plaintiff Richard Johnston's successor or representative is not filed on or before **Tuesday, December 1, 2026**, this action must be dismissed.

**IT IS SO ORDERED.**

**DATED**: September 3, 2026.

**UNITED STATES MAGISTRATE JUDGE**